UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00339-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **KENNETH K. ALEXANDER,** | ) | |
| | ) | |
| Defendant(s). | ) | |

**THIS MATTER** is before the court on defendant's Motion to Correct Judgment. The court notes that the motion does not include a certificate of service. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Correct Judgment (#11) is GRANTED, and the Clerk shall submit a corrected Judgment providing that the 11 month sentence shall be run concurrently with the 75 days sentence imposed in the state case, 12CRS27535.

Signed: May 1, 2013

Max O. Cogburn Jr.
United States District Judge